IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT NASHVILLE

JUNE 1997 SESSION



FILED

September 2, 1997

Cecil Crowson, Jr.
Appellate Court Clerk

STATE OF TENNESSEE,          )
                             )
            APPELLEE,        )
                             )        No. 01-C-01-9608-CR-00338
                             )
                             )        Sumner County
v.                           )
                             )        Jane F. Wheatcraft, Judge
                             )
                             )        (Revocation of Community Corrections
                             )         Sentence)
GEORGE LORENZO CARTWRIGHT,   )
                             )
            APPELLANT.       )


FOR THE APPELLANT:

Pamela E. Beck
Assistant Public Defender
117 East Main Street, Suite 2C
Gallatin, TN 37066
(Appeal Only)

Nancy B. Meyers
Assistant Public Defender
117 East Main Street, Suite 2C
Gallatin, TN 37066
(Trial Only)

OF COUNSEL:

David A. Doyle
District Public Defender
117 East Main Street, Suite 2C
Gallatin, TN 37066

FOR THE APPELLEE:

John Knox Walkup
Attorney General & Reporter
500 Charlotte Avenue
Nashville, TN 37243-0497

Sarah M. Branch
Assistant Attorney General
450 James Robertson Parkway
Nashville, TN 37243-0493

Lawrence Ray Whitley
District Attorney General
113 Main Street
Gallatin, TN 37066-2803

Dee D. Gay
Assistant District Attorney General
113 Main Street
Gallatin, TN 37066-2803


OPINION FILED:_____


AFFIRMED PURSUANT TO RULE 20


Joe B. Jones, Presiding Judge

# O P I N I O N

The appellant, George Lorenzo Cartwright (defendant), appeals as of right from a judgment of the trial court revoking his community corrections sentence and reinstating the sentence previously imposed by the court. The trial court found the defendant had violated the terms of his house arrest, he admitted he had ingested marijuana, and he had been arrested for the possession of cocaine.

The evidence contained in the record is uncontradicted. The person supervising the defendant's community corrections sentence testified concerning the violation of the house arrest provision and the defendant's admission he had been ingesting marijuana and could not pass a drug screen. A police officer executing a search warrant at the defendant's house testified he found cocaine within one inch of the defendant's foot.

After a thorough review of the record, the briefs submitted by the parties, and the law governing the issue presented for review, it is the opinion of this Court that the judgment of the trial court should be affirmed pursuant to Rule 20, Rules of the Tennessee Court of Criminal Appeals.

_____
JOE B. JONES, PRESIDING JUDGE

CONCUR:

_____
WILLIAM M. BARKER, JUDGE

_____
THOMAS T. WOODALL, JUDGE